orari granted. *Edmund G. Brown,* Attorney General of California, *Clarence A. Linn,* Assistant Attorney General, and *Doris H. Maier,* Deputy Attorney General, for petitioners. Respondent *pro se.*

No. 274, Misc. SPELLER *v.* ALLEN, WARDEN. C. A. 4th Cir. Certiorari granted. *Herman L. Taylor* for petitioner. *Harry McMullan,* Attorney General of North Carolina, and *Ralph Moody,* Assistant Attorney General, for respondent.

No. 281. MACINNIS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted. MR. JUSTICE CLARK took no part in the consideration or decision of this application. Petitioner *pro se.* *Solicitor General Perlman, Assistant Attorney General McInerney* and *Beatrice Rosenberg* for the United States.

No. 466. UNITED STATES *v.* GREAT LAKES DREDGE & DOCK Co. Court of Claims. Certiorari denied. *Solicitor General Perlman* for the United States. *Joseph J. Cotter* and *Arthur J. Phelan* for respondent.

No. 500. PARISH, DOING BUSINESS AS ALLEGHANY ASPHALT & PAVING Co., *v.* UNITED STATES. Court of Claims. Certiorari denied. *Godfrey L. Munter* and *Charles H. Sachs* for petitioner. *Solicitor General Perlman, Assistant Attorney General Baldridge* and *Paul A. Sweeney* for the United States.